Exhibit A to the Complaint

**Location:** New York, NY  **IP Address:** 184.152.216.21
**Total Works Infringed:** 60  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 2ACD760B8115B42EA597AF0C73FF709E9CBBAA69 | 02/27/2025 01:23:02 | Blacked Raw | 02/25/2025 | 03/25/2025 | PA0002521736 |
| 2 | 56CE8C3DDA7AFDB3F5FB297E787AACB045F70267 | 02/17/2025 16:41:31 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 3 | 4AB208E1C36BE5C353EC950A849FB6568A0EA842 | 02/17/2025 16:40:30 | Blacked Raw | 01/31/2025 | 02/18/2025 | PA0002515988 |
| 4 | 049938B0E57AA639C4333AC0CE6C798AFCD9D8CF | 02/17/2025 16:38:42 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 5 | F87A0BD5A9CDDB8201176FEEDF652F6EB2C7A18F | 02/17/2025 16:37:40 | TushyRaw | 02/16/2025 | 02/18/2025 | PA0002516145 |
| 6 | B227AADE99DDD57C9CB76A5E5B1282950FD72CE8 | 02/17/2025 02:58:31 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 7 | 07F2E3536851D2445C06F09537657F23DD34BAFD | 02/13/2025 21:45:30 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 8 | 200EF960B5BCC611C1DB3DFAF8EB1AE5C05B00C8 | 02/13/2025 21:43:38 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 9 | 44D2D8EB0E95C0E0F2C281F4370B45A3745A79CA | 02/13/2025 21:36:52 | Blacked Raw | 02/05/2025 | 02/18/2025 | PA0002516018 |
| 10 | 88024958DB0AE04E0007319223BDCF9EEAF89171 | 02/13/2025 21:36:29 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 11 | 32727B284408612162B21249C552D8B4843E8E61 | 02/13/2025 21:36:19 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 12 | 049557450BDB6FFD2D378D29EFFF827474747700 | 02/13/2025 21:34:28 | Blacked | 02/12/2025 | 02/18/2025 | PA0002516029 |
| 13 | 76144A6BAB6B53FF15D3069E8862F129F0010F31 | 02/02/2025 20:10:02 | TushyRaw | 01/27/2025 | 02/18/2025 | PA0002516148 |
| 14 | 68CF98E0E56C8FE9C29CA0B2012644D1A7B7F540 | 02/02/2025 20:09:05 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 15 | DE9DE5F408FE74ED4E7EAD62500E44B48C18447D | 02/02/2025 20:08:03 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 16 | BF13C337B3B54BD82A9318C7A14DAD6D6E74D2AD | 01/27/2025 19:37:35 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 7224EABB9AF89D3007F7CFD619723568819E20FA | 01/22/2025 17:50:12 | Blacked Raw | 01/21/2025 | 02/18/2025 | PA0002516019 |
| 18 | B2C86C7B0DBEE7954D6C0B8E80E2355051A3FF34 | 01/18/2025 21:54:22 | TushyRaw | 01/17/2025 | 02/18/2025 | PA0002516153 |
| 19 | F4AC3F9D79EB21037D0EE812D447AEDA129A18AC | 01/18/2025 21:54:10 | Vixen | 01/17/2025 | 02/18/2025 | PA0002515875 |
| 20 | 2DE311C92829D475AB70784C63A735247E13C236 | 01/18/2025 21:49:28 | Blacked Raw | 01/16/2025 | 02/18/2025 | PA0002516024 |
| 21 | E84DA7139EC672F6E9EEEB5A0E79F240C29AF6AF | 01/15/2025 13:57:48 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 22 | A0DA13D141E8A90AF25269462912ABA8C2F40719 | 01/15/2025 13:57:01 | Blacked Raw | 01/11/2025 | 01/15/2025 | PA0002509388 |
| 23 | 11385EC4906BB8B0488AEEBF02D78236DABA7592 | 01/15/2025 02:57:10 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 24 | EB2C2B87F0169030F3E58859C1B22128DDDC5653 | 01/15/2025 02:57:02 | TushyRaw | 01/07/2025 | 01/16/2025 | PA0002509654 |
| 25 | B6D34D4814E83DD55C2CE302375F8A476E57D5C2 | 01/15/2025 02:56:59 | Blacked | 01/03/2025 | 01/15/2025 | PA0002509288 |
| 26 | 10010E0AE9B8ECCC8857E3505F7CD04F44032B32 | 01/15/2025 02:56:47 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 27 | 92661A719A933567E07F4D43704C8E287055FF57 | 01/15/2025 02:56:36 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 28 | 83BE87794B9676F1F08AECE1299AFA00D4ECDA92 | 12/04/2024 13:10:11 | TushyRaw | 12/03/2024 | 12/13/2024 | PA0002506319 |
| 29 | 6B12CF464207A227BE2F26A6EA56DE4F33B09F28 | 12/03/2024 23:42:29 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 30 | FBB2A9859644C33E5DD419EA832D779BEFF1FC09 | 12/03/2024 23:38:54 | TushyRaw | 11/26/2024 | 12/13/2024 | PA0002506324 |
| 31 | 57B2E95F11388454709A461420262CF298C6C02F | 12/03/2024 23:37:48 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 32 | 7BC42D9B77AD4B94C205E58AE6D0589BEA2C62CB | 12/03/2024 23:28:15 | Vixen | 11/29/2024 | 12/13/2024 | PA0002506265 |
| 33 | 23F175E8596F1F28798CC3260BA6DB33CDAE0549 | 12/03/2024 23:27:49 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 34 | DD07017FBFF375A082241A2F41D4CE204F8ED896 | 12/03/2024 23:20:45 | Blacked Raw | 12/02/2024 | 12/13/2024 | PA0002506264 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 8870FBE66352919AE685A58752B2CB031D8C61D4 | 11/24/2024 05:26:55 | TushyRaw | 10/29/2024 | 11/18/2024 | PA0002500903 |
| 36 | D25EEBDA1749E9C30219F35551A44881425DF492 | 11/24/2024 05:25:29 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 37 | 0A172DBC644027D8668E0DE8F6F1E15CA7E04209 | 11/24/2024 04:47:59 | TushyRaw | 11/05/2024 | 11/18/2024 | PA0002500900 |
| 38 | 94A92052E27554DA4034B5A4440FE84D40D47B41 | 11/24/2024 04:10:12 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 39 | 5DEE8148503E917CADDB8584FC12DF7B11A68448 | 11/24/2024 04:08:59 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 40 | C0680BAB65CC49E2BC1D01CD7B77DE2C22E17645 | 11/24/2024 04:07:11 | Blacked Raw | 11/18/2024 | 12/13/2024 | PA0002506266 |
| 41 | A929CBE9B2B89D0BA3BB1685C9034426ABBB7745 | 11/24/2024 04:07:04 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |
| 42 | D4A9B2D2C4B9227F9CD1E7F84FF42CF4CEE9DFFF | 11/24/2024 04:05:51 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 43 | 0A6990F935AB5501E2241264BE073F43061E2549 | 11/24/2024 03:55:08 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 44 | 36D4FDCD05B2375F8FE6FAA42494CC209821290A | 11/24/2024 03:54:29 | TushyRaw | 11/12/2024 | 11/18/2024 | PA0002500906 |
| 45 | D14406CB8555DE3945C8C474C23DF958A6428D43 | 11/24/2024 03:51:00 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 46 | 0D4C26BFF831BEECC098665ED8F3B93321A4BAEC | 11/22/2024 12:33:01 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 47 | A5D598E799ABECB0FA7C0745576A611E9BB09D33 | 11/22/2024 12:29:28 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 48 | E564C8C85762924DCF8FBA53CEB6C27035461543 | 10/27/2024 20:49:36 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 49 | 40CB127AACD285747B65E67CD8E22A2A2934D833 | 10/27/2024 20:49:34 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 50 | 59ABFF9C317B483D1482B90F1925FE32A5CF4DA4 | 09/30/2024 12:04:58 | Tushy | 09/29/2024 | 10/16/2024 | PA0002494779 |
| 51 | EA7AC187CF67482D072F1E2E08ACF02ABAA52842 | 09/30/2024 01:07:27 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 52 | BA25B9577AC365D21EE39997A53D739077A48AD9 | 09/29/2024 07:04:43 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 2085546841CF05F8C14F1CC10E6E9637D74B491F | 09/29/2024 01:11:01 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 54 | D4EC2881C496B88BD302FAB3A74B33D0E726921B | 09/29/2024 01:09:27 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 55 | 0DF85B0C7D348A4FC0A7D1778E792E2CD1DF92A9 | 09/28/2024 22:39:22 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 56 | 0FFF26F6BC6F471B1646B10D88DFBED9328EBF38 | 09/13/2024 11:50:35 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 57 | E26CBB4D6D6FDB01268864A3D2B64BBAA5C0D0B6 | 09/13/2024 11:46:25 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 58 | 0FE7E56564AAF91B1F55C3E998074F9D88EF3BAD | 09/13/2024 11:39:29 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 59 | E91D1847F8F729F8007404BDE295F06DC1684AD7 | 09/13/2024 11:39:12 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 60 | D65F581E61DFBDA5EB7AB8A365CEC60644F11078 | 08/29/2024 18:55:18 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |