```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>JOHN DOE,<br><br>                    Defendant. | No. 25-CV-3191 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter requesting leave to serve a third-party subpoena prior to a Rule 26(f) conference to learn the Defendant's identity in the above-captioned action as well as the other individual actions listed below.  (Dkt. no. 6.)  Plaintiff's request is GRANTED.  Plaintiff may serve the requested subpoena.

    The Clerk of the Court shall docket this order in the above-captioned action and close docket number 6.  The Clerk of the Court shall also docket this order in all of the actions listed below and close the open docket numbers listed below.

1. 25-cv-3200, dkt. no. 7
2. 25-cv-3202, dkt. no. 6
3. 25-cv-3204, dkt. no. 6
4. 25-cv-3224, dkt. no. 6
5. 25-cv-3226, dkt. no. 6
6. 25-cv-4657, dkt. no. 6

**SO ORDERED.**

Dated:    June 24, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge